## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07CV9551                                          Date Filed: _____

Plaintiff:
**KATHLEEN BALDANZI and GERALD P. LONG On Behalf of Themselves and All Others Similarly Situated,**

vs.

Defendant:
**WFC HOLDINGS CORPORATION d/b/a WELLS FARGO BANK, N.A.,**

For:
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue
10th Floor
New York, NY 10022

Received by GOTCHA ATTORNEY SERVICES, INC. on the 26th day of October, 2007 at 3:45 pm to be served on **WFC HOLDING CORPORATION C/O TEFKA HOLDING CORP, 201 MORELAND AVENUE, HAUPPAUGE, NY 11788.**

I, Howard Ettinger, being duly sworn, depose and say that on the **29th day of October, 2007 at 11:25 am, I:**

Served the above entity by delivering a true copy of the **SUMMONS AND CLASS ACTION COMPLAINT** to: **FRAN LANAIA** as **MANAGER** at the address of: **201 MORELAND AVENUE, HAUPPAUGE, NY 11788**, who stated they are authorized to accept service for **WFC HOLDING CORPORATION**

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 110, Hair: Brown, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Subscribed and Sworn to before me on the 30th day of October, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 2010

Howard Ettinger
Process Server

GOTCHA ATTORNEY SERVICES, INC.
P.O. Drawer 1240
Aquebogue, NY 11931
(631) 369-4925

Our Job Serial Number: 2007005120

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.9t