IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

KATHLEEN BALDANZI AND GERALD P. LONG, on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

WFC HOLDINGS CORPORATION d/b/a WELLS FARGO BANK, N.A.,

        Defendant.

INDEX NO. 07civ955

**AFFIDAVIT OF SERVICE OF INITIAL CONFERENCE ORDER**

STATE OF NEW YORK            )
                             ) ss.
COUNTY OF NEW YORK           )

I, Katherine Blakeley, am and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

On the 30th day of November, 2007, I served true and accurate copies of the following documents: INITIAL CONFERENCE ORDER by U.S. Mail to at the following address, which is the counsel of Defendant WFC Holdings Corporations d/b/a Wells Fargo Bank, N.A.:

Brian Hail
Goodwin Proctor
599 Lexington Avenue
New York City, NY 10022

Katherine Blakeley

Sworn to before me this 30th day of November, 2007

Notary Public

JEREMY HEISLER, ESQ.
NOTARY PUBLIC, STATE OF NEW YORK
KINGS COUNTY
Reg. No. 02HE6140741
Qualified in New York County
My Commission Expires Feb. 8, 2010