IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN BALDANZI & GERALD P. LONG,<br><br>On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WFC HOLDINGS CORPORATION d/b/a WELLS FARGO BANK, N.A.,<br><br>Defendant. | Civil Action No. 07 cv-9551 (LTS) |

## NOTICE OF APPEARANCE

Please enter the appearance of Brian D. Hail, of Goodwin Procter LLP, as counsel for Defendant WFC Holdings Corporation d/b/a Wells Fargo Bank, N.A., in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: December 20, 2007
       New York, New York

                                    Respectfully submitted,

                                    By: s/ Brian D. Hail
                                        Brian D. Hail (BH - 1857)
                                        GOODWIN PROCTER LLP
                                        Attorneys for Defendant
                                        599 Lexington Avenue
                                        New York, NY 10022
                                        (212) 813-8800 (telephone)
                                        (212) 355-3333 (facsimile)
                                        bhail@goodwinprocter.com

LIBNY/4658638.1