IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN BALDANZI & GERALD P. LONG,<br><br>On Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>WFC HOLDINGS CORPORATION d/b/a WELLS FARGO BANK, N.A.,<br><br>      Defendant. | Civil Action No. 07 cv-9551 (LTS) |

## MOTION TO DISMISS

Defendant WFC Holdings Corporation d/b/a Wells Fargo Bank, N.A. ("Wells Fargo") hereby moves to dismiss the Complaint *with prejudice* pursuant to Federal Rule of Civil Procedure 12(b)(6). As set forth more fully in the accompanying Memorandum of Law in Support of Motion to Dismiss, the Complaint must be dismissed in its entirety because Plaintiffs' claims are preempted by federal law.

LIBW/1664792.1

        Respectfully submitted,

        WFC HOLDINGS CORPORATION d/b/a
        WELLS FARGO BANK, N.A.

        By their attorneys,


        /s/ Brian D. Hail
        Brian D. Hail (BH - 1857)
        GOODWIN PROCTER, LLP
        599 Lexington Avenue,
        New York, NY 10022
        (212) 813-8800 (telephone)
        (212) 355-3333 (facsimile)
        bhail@goodwinprocter.com


Of Counsel:

Thomas M. Hefferon
Marva R. Deskins
GOODWIN PROCTER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 346-4000 (telephone)
(202) 344-4444 (facsimile)
thefferon@goodwinprocter.com


Dated: December 20, 2007

2