IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KATHLEEN BALDANZI and )
GERALD P. LONG, on behalf of )
themselves and all others similarly )
situated, )
 )
      Plaintiffs, )
 ) CIVIL ACTION NO. 07-CV-9551 (LTS)
      v. )
 )
WFC HOLDINGS CORPORATION )
d/b/a WELLS FARGO BANK, N.A., )
 )
      Defendant. )
 )

**DECLARATION OF JEREMY HEISLER IN OPPOSITION TO DEFENDANT WFC HOLDINGS CORPORATION d/b/a WELLS FARGO BANK, N.A.'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT ON FEDERAL PREEMPTION GROUNDS UNDER THE NATIONAL BANK ACT**

Jeremy Heisler states as follows under the penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I am a member of the Bar of this Court and the law firm of Sanford Wittels & Heisler, LLP, counsel for Plaintiffs and the class herein.

2. Annexed hereto as Exhibit A is a true and accurate copy of the Complaint in the above-captioned matter, dated October 29, 2007

3. Annexed hereto as Exhibit B is a true and accurate copy of excerpts of: *Congressional Review of OCC Preemption: Hearing before the Subcomm. on Oversight and Investigations Comm. on Financial Services.* 108th Cong. 65 (2004) (testimony of Julie L. Williams, First Senior Deputy Comptroller and Chief Counsel, Office of the

Comptroller of Currency), available as Serial No. 108-65 at:

<http://www.access.gpo.gov/congress/house/house03ch108.html>..

    4.    Annexed hereto as Exhibit C is a true and accurate copy of "Lender Lobbying Blitz Abetted Mortgage Mess." Pg. 1, col. 3. *Wall Street Journal*. 31 Dec. 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    New York, New York
                February 26, 2008

_____
Jeremy Heisler (JH-0145)

**Sanford Wittels & Heisler, LLP**
950 Third Avenue, 10th Floor
New York, New York 10022
(646) 723-2947