IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KATHLEEN BALDANZI and )
GERALD P. LONG, on behalf of )
themselves and all others similarly )
situated, )
                                  )
         Plaintiffs, )
                                  )  CIVIL ACTION NO. 07-CV-9551 (LTS)
v. )
                                  )
WFC HOLDINGS CORPORATION )
d/b/a WELLS FARGO BANK, N.A., )
                                  )
         Defendant. )

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of (i) Plaintiff's Memorandum of Law to in Opposition to Defendant WFC Holdings Corporation d/b/a Wells Fargo Bank, N.A.'s Motion to Dismiss the Class Action Complaint on Federal Preemption Grounds Under the National Bank Act; and (ii) Declaration of Jeremy Heisler in Opposition to Defendant's Motion to Dismiss with annexed exhibits have been served in accordance with the Electronic Filing Rules of this Court on this 26th day of February 2008 to:

Brian D. Hail
GOODWIN PROCTOR, LLP
599 Lexington Avenue
New York, NY 10022

*Counsel for Defendants WFC Holdings*
*Corporation d/b/a Wells Fargo Bank, N.A.*

_____
Jeremy Heisler