IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KATHLEEN BALDANZI & GERALD P. LONG,

On Behalf of Themselves and All Others Similarly Situated,

       Plaintiffs,

       v.

WFC HOLDINGS CORPORATION d/b/a WELLS FARGO BANK, N.A.,

       Defendant.

Civil Action No. 1:07 cv-9551 (LTS)



## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

1. Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brian D. Hale, a member in good standing of the bar of New York who is admitted to practice in the Southern District of New York, hereby move for an Order allowing the admission *pro hac vice* of James W. McGarry.

2. Mr. McGarry's address is Goodwin|Procter LLP, Exchange Place, 53 State Street, Boston, MA 02109. His e-mail address is jmcgarry@goodwinprocter.com. His phone number is 617-570-1332. His fax number is 617-523-1231.

3. There are no pending disciplinary proceedings against Mr. McGarry in any State or Federal court.

Dated: May 28, 2008

Respectfully submitted,

*signature*

Brian D. Hail (BH – 1857)
GOODWIN PROCTER, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 813-8800
Fax: (212) 355-3333
bhail@goodwinprocter.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN BALDANZI & GERALD P. LONG,

On Behalf of Themselves and All Others Similarly Situated,

       Plaintiffs,

v.

WFC HOLDINGS CORPORATION d/b/a WELLS FARGO BANK, N.A.,

       Defendant.

Civil Action No. 1:07 cv-9551 (LTS)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

      Alexis D. Fernandez, being duly sworn, deposes and says that he is not a party to the within action, is over 21 years of age and resides in New York, New York.

      That on the 28th day of May, 2008, deponent caused true copies of the Motion to Admit Counsel Pro Hac Vice, to be served by First Class Mail, to the following:

William Robert Weinstein
Wechsler Harwood, L.L.P.
950 Third Avenue
10th Floor
New York, NY 10022

Steven Lance Wittels
Jeremy Heisler
Sanford Wittels & Heisler, L.L.P.
950 Third Avenue, 10th Floor
New York, NY 10022

                                           _____
                                           Alexis D. Fernandez

Sworn to before me this
28th day of May, 2008.

_____
Notary Public

KATHY B. MARTIN
Notary Public, State of New York
No. 01MA6082745
Qualified in New York County
Commission Expires 11/4/2010

LIBNY/4726836.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KATHLEEN BALDANZI & GERALD P. LONG,

On Behalf of Themselves and All Others Similarly Situated,

      Plaintiffs,

v.

WFC HOLDINGS CORPORATION d/b/a WELLS FARGO BANK, N.A.,

      Defendant.

Civil Action No. 1:07 cv-9551 (LTS)

## DECLARATION OF BRIAN D. HAIL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Brian D. Hail, being duly sworn, hereby states as follows:

1. I am a Partner at Goodwin|Procter LLP and counsel for the defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit James W. McGarry as counsel *pro hac vice* to represent defendant in this matter.

2. I am duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

3. Mr. McGarry is a Partner at Goodwin|Procter LLP, in Boston, Massachusetts. Mr. McGarry, a Partner at Goodwin|Procter LLP, is admitted to practice before, and is in good standing with the courts of Massachusetts, Pennsylvania and New Jersey. Attached hereto as Exhibit 1 are Certificates from the Supreme Judicial Court of the Commonwealth of Massachusetts and the Supreme Courts of New Jersey and Pennsylvania, each stating that Mr. McGarry is a member in good standing.

4. I have found Mr. McGarry to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

LIBW/1670051.1

5. Accordingly, I am pleased to move for the admission of James W. McGarry, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of James W. McGarry, *pro hac vice*, which is attached hereto as Exhibit A.

Dated: May 28, 2008

Respectfully submitted,

_____
Brian D. Hail (BH – 1857)

2



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*James W. McGarry, Esq.*

**DATE OF ADMISSION**

*December 10, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: May 20, 2008**

Patricia A. Nicola
Chief Clerk

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **December** A.D. **1996**, said Court being the highest Court of Record in said Commonwealth:

### James W. McGarry

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-second** day of **May** in the year of our Lord **two thousand and eight**.




MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JAMES W MC GARRY** (No. **027951993**) was constituted and appointed an Attorney at Law of New Jersey on **December 21, 1993** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **21ST** day of **May**, 20 **08**

*Clerk of the Supreme Court*

-453a-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN BALDANZI & GERALD P. LONG,<br><br>On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WFC HOLDINGS CORPORATION d/b/a WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Civil Action No. 1:07 cv-9551 (LTS) |

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion for Admission of James W. McGarry, *pro hac vice*, it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, James W. McGarry, is hereby admitted *pro hac vice* to the bar of this Court for the purpose of representing defendant, WFC Holdings Corporation d/b/a Wells Fargo Bank, N.A., in the above-captioned proceeding.

Dated: May ____, 2008

_____
UNITED STATES DISTRICT JUDGE