IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2008

---

KATHLEEN BALDANZI & GERALD P. LONG,

On Behalf of Themselves and All Others Similarly Situated,

    Plaintiffs,

v.

WFC HOLDINGS CORPORATION d/b/a WELLS FARGO BANK, N.A.,

    Defendant.

Civil Action No. 1:07 cv-9551 (LTS)

### ORDER FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion for Admission of James W. McGarry, *pro hac vice*, it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, James W. McGarry, is hereby admitted *pro hac vice* to the bar of this Court for the purpose of representing defendant, WFC Holdings Corporation d/b/a Wells Fargo Bank, N.A., in the above-captioned proceeding.

Dated: ~~May~~ June 11, 2008

_____
UNITED STATES DISTRICT JUDGE

LIBW/1670050.1