# SANFORD WITTELS & HEISLER LLP

950 Third Avenue, 10th Floor
New York, NY 10022
(646) 723-2947
Fax: (646) 723-2948
E-Mail: jheisler@nydclaw.com
www.nydclaw.com



**MEMORANDUM ENDORSED**

18 Half Mile Road
Armonk, NY 10504
(914) 273-7314
Fax: (914) 273-2563

1666 Connecticut Ave., Suite 310
Washington, D.C. 20009
Direct Dial: (202) 742-7780
Fax: (202) 742-7776

440 West Street
Fort Lee, NJ 07024
(201) 585-5288
Fax: (201) 779-5233

June 30, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

**VIA FASCIMILIE (212)805-4286**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court, S.D.N.Y.
500 Pearl St.
New York, NY 10007

RE:    *Kathleen Baldanzi et. al. v. WFC Holdings Corporation d/b/a Wells Fargo
         Bank, N.A.; Civil Action No. 07-CV-9551 (LTS) (GWG)*

Dear Judge Gorenstein:

My firm represents Plaintiffs in the above-captioned action. With the consent of counsel
for Defendant Wells Fargo, we write to request that all deadlines in the case – including
upcoming July 1 deadlines for class certification and related discovery – be stayed pending the
Court's resolution of Defendant's outstanding motion to dismiss the complaint based upon
federal preemption grounds. Pursuant to the parties' agreement, all case deadlines will be reset
following the Court's potential determination of this motion in Plaintiffs' favor.

The parties respectfully submit that this motion presents a critical, potentially dispositive,
legal issue in this matter, and it would be uneconomical to proceed with full-fledged discovery
and related litigation activity until the motion is decided. Furthermore, Plaintiffs also note that
the resolution of the motion to dismiss may facilitate further settlement discussions.

Briefing on this motion was completed on March 10, 2008.

There have been no previous requests for extensions in this matter.

Granted.

Respectfully submitted,

Jeremy Heisler

SO ORDERED:  DATE: 6/30/2007

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

cc:    Brian D. Hail, Esq. and James W. McGarry, Esq.
        Goodwin Procter LLP – Counsel for Defendant